JS-6

FILED
CLERK, U.S. DISTRICT COURT

January 30, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CSI\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCOS MUNOZ,** | ) NO. CV 18-10097-CJC (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| **WARDEN,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 30, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE